E-FILED
Thursday, 30 April, 2026 11:48:51 AM
Clerk, U.S. District Court, ILCD

SEALED

FILED
APR 07 2026
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCUS MERRIWEATHER (A.K.A. "Li'l M"), RAHEEM MULLINS, ANDREW PITTMAN, AND JAMAR WESTBROOK,<br><br>Defendants. | ) | Case No. 26-CR-20018 |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE**
**(Conspiracy to Distribute and Possess with Intent to Distribute Fifty Grams or More of Methamphetamine (Actual))**

From on or about November 2025, and continuing through at least November 20, 2025, in Vermilion County, in the Central District of Illinois, and elsewhere,

**MARCUS MERRIWEATHER**
**(A.K.A. "Li'l M"),**
**RAHEEM MULLINS,**
**ANDREW PITTMAN, and**
**JAMAR WESTBROOK,**

defendants herein, did knowingly and intentionally combined, conspired, and agreed with persons known and unknown to the grand jury to commit certain acts in violation of Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally distribute and possess with intent to distribute fifty grams or more of methamphetamine

(actual), a schedule II controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL.

Redacted

FOREPERSON

Redacted

GREGORY M. GILMORE
Acting United States Attorney

TJS